## (July 24, 1957)

■ In the Matter of the Claim of STELLA DE TURA, Appellant, against EASTERN MEAT MARKETS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative for permission to appeal to the Court of Appeals, denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 3 A D 2d 486.]

■ In the Matter of the Application of CARROLL A. GARDNER, as Clerk and Custodian of Records of the Supreme and County Courts of Schenectady, New York.— Application for permission to destroy or otherwise dispose of certain papers, books and records. Application granted. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ HARRY A. REOUX, Respondent, v. ADELIA H. REOUX, Appellant.— In this case reargument has been had limited to that portion of the appeal relating to the counterclaim in the action. The court reaffirms its previous decision. The time to settle order and present findings is extended to the 1st day of August, 1957. Foster P. J., Bergan, Coon, Halpern and Gibson, JJ., concur. [See 3 A D 2d 560.]

■ RICHARD J. SHIPPEY, Appellant, v. WILLIAM BERKEY, Respondent. RICHARD J. SHIPPEY, as Administrator of the Estate of CAROL A. SHIPPEY, Deceased, Appellant, v. WILLIAM BERKEY, Respondent.— Order of this court, entered June 19, 1957, is resettled and amended by adding the following: The hearing directed by our decision in this case should be held before the Special Term but the court does not undertake to say whether the Special Term should employ a jury, refer it to a referee or hear the proof itself. The hearing may be brought on by notice by the moving party at a Special Term selected by him in accordance with the rules. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See ante, p. 739.]